**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Maria Guadalupe Reyes LOPEZ,
Defendant–Appellant.**

**No. 07–50284
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District Of Texas, San Antonio, TX, for Plaintiff–Appellee.

Maria Guadalupe Reyes Lopez, Seattle, WA, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Maria Guadalupe Reyes Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reyes Lopez has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ther responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.